ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA  2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: beverly.sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2007

at ___ o'clock and ___ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,                     )<br>                                               )<br>            Plaintiff,                        )<br>                                               )<br>     vs.                                       )<br>                                               )<br>ALL OF THAT CERTAIN PARCEL OF                  )<br>LAND (PORTION OF ROYAL PATENT                  )<br>5597, LAND COMMISSION AWARD                    )<br>70, APANA 1 TO WAIAHA),                        )<br>SITUATE AT HONOLULU, ISLAND OF                 )<br>OAHU, STATE OF HAWAII, BEING                   )<br>PARCEL D-A-7, TAX MAP KEY                      )<br>NUMBER 1-7-004-028(1), AND ALL                 )<br>APPURTENANCES AND IMPROVEMENTS                 )<br>THERETO, TITLED IN THE NAME OF                 )<br>Y.K. ENTERPRISE, INC., A                       )<br>HAWAII CORPORATION,                            )<br>                                               )<br>            Defendant.                        )<br>_____) | CIVIL NO. 00-00352 SOM BMK<br><br>RELEASE OF NOTICE OF PENDENCY<br>OF ACTION; EXHIBIT "A" |

RELEASE OF NOTICE OF PENDENCY OF ACTION

The United States of America hereby releases the Notice of Pendency of Action filed herein on May 18, 2000, and recorded in the Bureau of Conveyances, State of Hawaii, on May 18, 2000,

as Document No. 2000-068842, with respect to the property described in Exhibit "A" attached hereto and made a part hereof.

DATED: Honolulu, Hawaii, June 13, 2007.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
> By /s/ Beverly Wee Sameshima
> BEVERLY WEE SAMESHIMA
> Assistant U.S. Attorney
>
> Attorneys for Plaintiff
> UNITED STATES OF AMERICA