EXHIBIT "A"

The land referred to in this Commitment is situated in the State of Hawaii, City and County of Honolulu, and is described as follows:

All of that certain parcel of land (portion of Royal Patent 5597, Land Commission Award 70, Apana 1 to Waiaha), situate at Honolulu, Island of Oahu, State of Hawaii, being Parcel D-A-7, more particularly described as follows:

Beginning at the South corner of this parcel of land, being also the North corner of Maunakea Street and Pauahi Street, the coordinates of said point of beginning referred to Government Survey Triangulation Station "PUNCHBOWL" being 218.54 feet North and 4,411.54 feet West, as shown on Division of Land Survey and Acquisition Parcel Map File No. 17-10-6-18 and running by azimuths measured clockwise from true South:

| | | | | |
|---|---|---|---|---|
| 1. | 147° 38' | 74.01 | feet | along the Northeast side of Pauahi Street; |
| 2. | 241° 50' | 33.65 | feet | along remainder of R. P. 5597, L. C. Aw. 70, Ap. 1 to Waiaha; |
| 3. | 327° 44' | 11.25 | feet | along same; |
| 4. | 237° 09' | 1.25 | feet | along same; |
| 5. | 327° 09' | 60.02 | feet | along same; |
| 6. | 57° 10' | 35.30 | feet | along the Northwest side of Maunakea Street to the point of beginning and containing an area of 2,527 square feet. |

(continued on next page)

Being all of the land conveyed by:

**TRUSTEE'S LIMITED WARRANTY DEED**

| | |
|---|---|
| Grantor: | Darrell Kloninger and Carol Apiki, as Trustees of the Advertising Works, Inc. Money Purchase Pension Plan and Profit Sharing Plan under that certain unrecorded Amended Trust Agreement dated May 5, 1989, with full powers under said trust agreement to sell, convey, exchange, lease, mortgage or otherwise deal with and dispose of real property and interest therein |
| Grantee: | Darrell Kloninger and Carol Apiki, as Trustees of the Advertising Works, Inc. Retirement Savings Plan (002) under that certain unrecorded Amended Trust Agreement dated February 18, 1992, with full powers under said trust agreement to sell, convey, exchange, lease, mortgage or otherwise deal with and dispose of real property and interest therein |
| Dated: | June 5, 1992 |
| Document No. | 92-097334 |
| Re: | as to an undivided one-half (1/2) interest |

**TRUSTEE'S LIMITED WARRANTY DEED**

| | |
|---|---|
| Grantor: | Darrell Kloninger and Carol Apiki, as Trustees of the Advertising Works, Inc. Money Purchase Pension Plan and Profit Sharing Plan under that certain unrecorded Amended Trust Agreement dated May 5, 1989 |
| Grantee: | Darrell Kloninger and Carol Apiki, as Trustees of the Advertising Works, Inc. Retirement Savings Plan (002) under that certain unrecorded Amended Trust Agreement dated February 18, 1992, with full powers under said trust agreement to sell, convey, exchange, lease, mortgage or otherwise deal with and dispose of real property and interest therein |
| Dated: | December 6, 1994 |
| Document No. | 94-199992 |